IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DENNELLE T. ABERNATHY**                                                         **PLAINTIFF**

Vs                       **CASE NO. 5:09CV00044 BSM**

**STATE OF ARKANSAS and**
**ARKANSAS STATE BANK**                                           **DEFENDANTS**

## ORDER

In February 27, 2009, plaintiff Dennelle T. Abernathy was ordered to pay the $350 filing fee within fourteen (14) days and was informed that failure to pay the fee would result in the dismissal of his complaint. More than 14 days have passed and plaintiff has failed to comply or to respond to the order.

IT IS THEREFORE ORDERED that plaintiff's complaint is hereby dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2) and failure to respond to the February 27, 2009 order.

IT IS SO ORDERED this 27th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE